OPINION HEADING PER CUR 




 NO. 12-02-00265-CV



IN THE COURT OF APPEALS



TWELFTH COURT OF APPEALS DISTRICT



TYLER, TEXAS




ENODIS CORPORATION F/K/A

WELBILT CORPORATION AND §
 APPEAL FROM THE 7TH

WELBILT HOLDING, COMPANY,

APPELLANTS


V.
§
 JUDICIAL DISTRICT COURT OF



AMANA COMPANY, L.P. AND 

BARD MANUFACTURING COMPANY, §
 SMITH COUNTY, TEXAS

APPELLEES






MEMORANDUM OPINION


PER CURIAM



 Appellees have filed a motion to dismiss this interlocutory appeal, and all other parties to the
appeal have been given notice of the filing of this motion. Appellees have attached to their motion
documentation verifying that on March 10, 2003, Appellees filed a motion for nonsuit in the trial
court, which was granted on March 24, 2003. Consequently, this appeal has been rendered moot.
Appellees further represent in their motion that the parties have conferred with respect to the subject
matter of this motion and are in agreement. Accordingly, the motion is granted, and the appeal is
dismissed. 


Opinion delivered May 14, 2003.

Panel consisted of Worthen, C.J. and Griffith, J.




(PUBLISH)